THE STATE EX REL. PAYSEN, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Paysen v. Indus.
Comm.* (2001), 92 Ohio St.3d 433.]

(No. 01–115—Submitted June 20, 2001—Decided August 8, 2001.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Agee, Clymer, Mitchell & Laret, Gregory Mitchell* and *C. Russell Canestraro,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Erica L. Armbrust,* Assistant Attorney General, for appellee Industrial Commission of Ohio.

*Porter, Wright, Morris & Arthur* and *Karl J. Sutter,* for appellee Kroger Company.

THE STATE EX REL. LTV STEEL COMPANY, APPELLANT,
*v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. LTV Steel Co. v. Indus.
Comm.* (2001), 92 Ohio St.3d 433.]

(No. 01–239—Submitted June 20, 2001—Decided August 8, 2001.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Manos & Stefanski Co., L.P.A., D. Kim Stefanski* and *James A. Neff,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Dennis H. Behm,* Assistant Attorney General, for appellee.

POST ET AL., APPELLANTS, *v.* HARBER; OHIO FARMERS INSURANCE COMPANY ET AL., APPELLEES.

**[Cite as *Post v. Harber* (2001), 92 Ohio St.3d 434.]**

(No. 01–539—Submitted May 30, 2001—Decided August 8, 2001.)

The discretionary appeal is allowed.

The judgment of the court of appeals is reversed, and the cause is remanded for further proceedings on the authority of *Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077, and *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK, J., concurs in judgment only.

LUNDBERG STRATTON, J., dissents.